# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**THOMAS S. MASON,**
Appellant,

v.

**DEPARTMENT OF REVENUE, CHILD SUPPORT ENFORCEMENT** and
**KLENDY MILO MULLER,**
Appellees.

No. 4D19-3084

[June 18, 2020]

Appeal from the State of Florida, Division of Administrative Hearings, L.T. Case No. 2001363264; DOAH No. 19-003751-CS and Depository No. 50190700482CA.

John F. Schutz of John F. Schultz PL, Palm Beach Gardens, for appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***